## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:                                            Case No.: _____18-19433_____

Lopez, Atanael                                    Chapter: _____7_____
Lopez, Ciejea Y.
                                                  Judge: _____MBK_____

---

### NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:   402 East State Street
>                         Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____July 30, 2018_____ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___8___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:   508 Crestwood St.
>                                      Piscataway, NJ
>                                      FMV - +/-$ 474.414.00

> Liens on property:          Vanderbilt Mortgage - $ 461,904.98
>
>                             Plus 10% Estimated Costs of Sale

> Amount of equity claimed as exempt:  $-0-

Objections must be served on, and requests for additional information directed to:

Name:        Daniel E. Straffi, Esq.

Address:     670 Commons Way Toms River, NJ 08755

Telephone No.:   732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-19433-MBK
Atanael Lopez                                                             Chapter 7
Ciejea Y. Lopez
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 2            Date Rcvd: Jun 27, 2018
                               Form ID: pdf905        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
```
db/jdb      Atanael Lopez,   Ciejea Y. Lopez,   508 Crestwood St,   Piscataway, NJ  08854-6505
517520740   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank Of America,   PO Box 15019,   Wilmington, DE  19886-5019)
517520741   +Bank of America,   P.O. Box 15019,   Wilmington, DE 19850-5019
517520743   Bridgestone/Credit First NA,   PO Box 81344,   Cleveland, OH  44188-0001
517520744   CBNA / The Home Depot,   P.O. Box 6497,   Sioux Falls, SD  57117-6497
517520745   +Credit First N.A.,   6275 Eastland Rd,   Brook Park, OH 44142-1399
517520746   Home Depot Credit Services/CBNA,   PO Box 790328,   Saint Louis, MO  63179-0328
517520751   Raymour & Flanigan Furniture,   PO Box 731,   Mahwah, NJ  07430-0731
517520752   Raymour & Flanigan Furniture/Wells Fargo,   PO Box 660431,   Dallas, TX  75266-0431
517520754   STS Tire/Credit First NA,   PO Box 81344,   Cleveland, OH  44188-0001
517520758   The Home Depot,   P.O. Box 6497,   Sioux Falls, SD  57117-6497
517520759   Vanderbilt Mortgage & Finance,   PO Box 9800,   Maryville, TN  37802-9800
517520761   WFF National Bank,   PO Box 94498,   Las Vegas, NV  89193-4498
517520760   Wells Fargo Auto Finance,   P.O. Box 29704,   Phoenix, AZ  85038-9704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2018 23:18:58   U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2018 23:18:56   United States Trustee,
            Office of the United States Trustee,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
517520738   E-mail/Text: bankruptcycare@affinityfcu.com Jun 27 2018 23:18:26
            Affinity Federal Credit Union,   PO Box 621,   Basking Ridge, NJ  07920-0621
517520739   +E-mail/Text: ally@ebn.phinsolutions.com Jun 27 2018 23:18:01   Ally Financial,
            P.O. Box 380901,   Bloomington, MN 55438-0901
517520747   E-mail/Text: cio.bncmail@irs.gov Jun 27 2018 23:18:19   Internal Revenue Service,
            P.O. Box 9052,   Andover, MA 01810-9052
517520748   E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 23:26:14   Karastan/Synchrony Bank,
            PO Box 960061,   Orlando, FL 32896-0061
517520749   E-mail/PDF: pa_dc_claims@navient.com Jun 27 2018 23:25:40   Navient Solutions, Inc.,
            PO Box 9640,   Wilkes Barre, PA  18773-9640
517520750   E-mail/PDF: cbp@onemainfinancial.com Jun 27 2018 23:24:50   One Main Financial,
            P.O. Box 140489 Bankruptcy Department,   Irving, TX  75014-0489
517520755   E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 23:26:13   SYNCB / Home Design,
            950 Forrer Blvd,   Kettering, OH  45420-1469
517520753   E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 23:26:13   Shaw Financial Solutions/SYNCB,
            PO Box 960061,   Orlando, FL  32896-0061
517522046   +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 23:25:31   Synchrony Bank,
            c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517520756   E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 23:26:15   Synchrony Bank/Home Design,
            PO Box 960061,   Orlando, FL  32896-0061
517520757   E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 23:24:54   Synchrony Bank/Home Design,
            PO Box 105972,   Atlanta, GA  30348-5972
                                                                                      TOTAL: 13
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517520742*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank of America,   P.O. Box 982235,   El Paso, TX  79998-0000)
                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                          Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 27, 2018
                             Form ID: pdf905           Total Noticed: 27

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
        Daniel E Straffi    bktrustee@straffilaw.com,
        G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
        iqsystems.com
        Daniel E. Straffi    on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com,
        G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
        iqsystems.com
        Denise E. Carlon    on behalf of Creditor    Vanderbilt Mortgage and Finance, Inc.
        dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Frederick J. Simon    on behalf of Debtor Atanael  Lopez simonmonahan216@gmail.com
        Frederick J. Simon    on behalf of Joint Debtor Ciejea Y. Lopez simonmonahan216@gmail.com
        Kevin Gordon McDonald    on behalf of Creditor    Vanderbilt Mortgage and Finance, Inc.
        kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 7