Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.:  18–19433–MBK
                                Chapter:  7
                                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Atanael Lopez | Ciejea Y. Lopez |
| aka Atanael Lopez–Gomez | aka Ciejea Jackson–Lopez |
| 508 Crestwood St | 508 Crestwood St |
| Piscataway, NJ 08854–6505 | Piscataway, NJ 08854–6505 |

Social Security No.:
  xxx–xx–3573                                    xxx–xx–2571

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Daniel E Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 9, 2018</u>                      <u>Michael B. Kaplan</u>
                                                Judge, United States Bankruptcy Court