**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Atanael Lopez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3573<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Ciejea Y. Lopez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2571<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–19433–MBK

## Order of Discharge                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Atanael Lopez                                                                       Ciejea Y. Lopez
aka Atanael Lopez–Gomez                                          aka Ciejea Jackson–Lopez


<u>8/9/18</u>                                                                        **By the court:**   <u>Michael B. Kaplan</u>
                                                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 18-19433-MBK
Atanael Lopez                                                   Chapter 7
Ciejea Y. Lopez
       Debtors                   CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 2          Date Rcvd: Aug 09, 2018
                            Form ID: 318         Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db/jdb         Atanael Lopez,    Ciejea Y. Lopez,    508 Crestwood St,    Piscataway, NJ  08854-6505
517520744      CBNA / The Home Depot,    P.O. Box 6497,    Sioux Falls, SD  57117-6497
517520746      Home Depot Credit Services/CBNA,    PO Box 790328,    Saint Louis, MO  63179-0328
517520751      Raymour & Flanigan Furniture,    PO Box 731,    Mahwah, NJ  07430-0731
517520752      Raymour & Flanigan Furniture/Wells Fargo,    PO Box 660431,    Dallas, TX  75266-0431
517520754      STS Tire/Credit First NA,    PO Box 81344,    Cleveland, OH  44188-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2018 22:52:06      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2018 22:52:03      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ  07102-5235
517520738      E-mail/Text: bankruptcycare@affinityfcu.com Aug 09 2018 22:51:32
               Affinity Federal Credit Union,    PO Box 621,    Basking Ridge, NJ  07920-0621
517520739     +EDI: GMACFS.COM Aug 10 2018 02:18:00      Ally Financial,    P.O. Box 380901,
               Bloomington, MN 55438-0901
517520740      EDI: BANKAMER.COM Aug 10 2018 02:18:00      Bank Of America,    PO Box 15019,
               Wilmington, DE  19886-5019
517520742      EDI: BANKAMER.COM Aug 10 2018 02:18:00      Bank of America,    P.O. Box 982235,
               El Paso, TX  79998-0000
517520741     +EDI: BANKAMER.COM Aug 10 2018 02:18:00      Bank of America,    P.O. Box 15019,
               Wilmington, DE 19850-5019
517520743      EDI: CRFRSTNA.COM Aug 10 2018 02:18:00      Bridgestone/Credit First NA,    PO Box 81344,
               Cleveland, OH  44188-0001
517520745     +EDI: CRFRSTNA.COM Aug 10 2018 02:18:00      Credit First N.A.,    6275 Eastland Rd,
               Brook Park, OH 44142-1399
517520747      EDI: IRS.COM Aug 10 2018 02:18:00      Internal Revenue Service,    P.O. Box 9052,
               Andover, MA  01810-9052
517520748      EDI: RMSC.COM Aug 10 2018 02:18:00      Karastan/Synchrony Bank,    PO Box 960061,
               Orlando, FL  32896-0061
517520749      EDI: NAVIENTFKASMSERV.COM Aug 10 2018 02:18:00      Navient Solutions, Inc.,    PO Box 9640,
               Wilkes Barre, PA  18773-9640
517520750      EDI: AGFINANCE.COM Aug 10 2018 02:18:00      One Main Financial,
               P.O. Box 140489 Bankruptcy Department,    Irving, TX  75014-0489
517520755      EDI: RMSC.COM Aug 10 2018 02:18:00      SYNCB / Home Design,    950 Forrer Blvd,
               Kettering, OH  45420-1469
517520753      EDI: RMSC.COM Aug 10 2018 02:18:00      Shaw Financial Solutions/SYNCB,    PO Box 960061,
               Orlando, FL  32896-0061
517522046     +EDI: RMSC.COM Aug 10 2018 02:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517520756      EDI: RMSC.COM Aug 10 2018 02:18:00      Synchrony Bank/Home Design,    PO Box 960061,
               Orlando, FL  32896-0061
517520757      EDI: RMSC.COM Aug 10 2018 02:18:00      Synchrony Bank/Home Design,    PO Box 105972,
               Atlanta, GA  30348-5972
517520758      EDI: CITICORP.COM Aug 10 2018 02:18:00      The Home Depot,    P.O. Box 6497,
               Sioux Falls, SD  57117-6497
517520759      EDI: VAND.COM Aug 10 2018 02:18:00      Vanderbilt Mortgage & Finance,    PO Box 9800,
               Maryville, TN  37802-9800
517520761      EDI: WFFC.COM Aug 10 2018 02:18:00      WFF National Bank,    PO Box 94498,
               Las Vegas, NV  89193-4498
517520760      EDI: WFFC.COM Aug 10 2018 02:18:00      Wells Fargo Auto Finance,    P.O. Box 29704,
               Phoenix, AZ  85038-9704
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Aug 09, 2018
                              Form ID: 318               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              Daniel E Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Denise E. Carlon    on behalf of Creditor    Vanderbilt Mortgage and Finance, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Frederick J. Simon    on behalf of Debtor Atanael  Lopez simonmonahan216@gmail.com
              Frederick J. Simon    on behalf of Joint Debtor Ciejea Y. Lopez simonmonahan216@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Vanderbilt Mortgage and Finance, Inc.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```